**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01131-BNB

JOSEPH JON DREISMEIER,

    Plaintiff,

v.

BEVERLY DOWIS, Medical Administrator, and
WILLIAM RICHTER, C/O III or higher,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion titled "Motion to Cure Deficiency" (ECF No. 5) filed on May 16, 2012, in which Plaintiff, Joseph Jon Dreismeier, asks for a duplicate copy of the May 1, 2012, Order Directing Plaintiff to Cure Deficiency" (ECF No. 4). The motion is GRANTED. The clerk of the Court is directed to mail to Mr. Dreismeier at his current address a copy of the May 1 order.

Dated: May 16, 2012