IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01131-WJM-KLM

JOSEPH DREISMEIER,

    Plaintiff,

v.

MAURICE FAUVEL, SCF Doctor,
NICOLE WILSON, SCF Nurse,
WILLIAM RICTER, CSP Hearings Officer III,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Waiver of Service of Summons [Filed July 12, 2012; Docket No. 18].

    IT IS HEREBY **ORDERED** that Defendants Fauvel and Wilson shall answer or otherwise respond to Plaintiff's Amended Prisoner Complaint [#11] on or before **September 10, 2012**.

    IT IS FURTHER **ORDERED** that a Preliminary Scheduling Conference is set for **November 13, 2012, at 10:30 a.m.**, in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C.COLO.LCivR 16.1 and 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed. Plaintiff and his case manager shall contact the Court at (303) 335-2770 on the above date and time in order to participate.

    IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following address: service_of_process@doc.state.co.us, and shall mail a courtesy copy to the case manager for Plaintiff at his facility.

    Dated:  July 16, 2012