IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01131-WJM-KLM

JOSEPH DREISMEIER,

    Plaintiff,

v.

MAURICE FAUVEL, SCF Doctor,
NICOLE WILSON, SCF Nurse,
WILLIAM RICTER, CSP Hearings Officer III,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's document titled **"Procurement of Records"** [Docket No. 24; Filed July 17, 2012], filed by the Clerk's Office as a Motion.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Plaintiff's request is premature, as the deadlines and other parameters for discovery will be delineated at the Preliminary Scheduling Conference set for November 13, 2012 [#20].

    Dated:  July 18, 2012