IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01131-KLM

JOSEPH DREISMEIER,

    Plaintiff,

v.

MAURICE FAUVEL, SCF Doctor, and
NICOLE WILSON, SCF Nurse,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for an Injunction to Provide Evidence** [#35; Filed October 5, 2012]; Plaintiff's **Motion of Counsel** [#36; Filed October 5, 2012]; Plaintiff's **Motion for Substitution of Defendant** [#37; Filed October 5, 2012]; Plaintiff's **Motion for Writ of** [#52; Filed November 7, 2012]; and Plaintiff's **Motion for Judgment on the Pleadings of Objection to the Appearance of Any Member of the Attorney General's Office** [#63; Filed February 21, 2013]. On April 3, 2013, the Court entered an Order [#64] granting Defendant's Motion to Dismiss [#30] all claims against the Defendants without prejudice.

    IT IS HEREBY **ORDERED** that Plaintiff's Motion for an Injunction to Provide Evidence [#35]; Plaintiff's Motion of Counsel [#36]; Plaintiff's Motion for Substitution of Defendant [#37]; Plaintiff's Motion for a Writ of [#52]; and Plaintiff's Motion for Judgment on the Pleadings of Objection to the Appearance of Any Member of the Attorney General's Office [#63] are **DENIED as moot**.

    Dated: April 4, 2013