IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01131-KLM

JOSEPH DREISMEIER,

    Plaintiff,

v.

MAURICE FAUVEL, SCF Doctor, and
NICOLE WILSON, SCF Nurse,

    Defendants.
_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered during the course of proceedings in this case, **FINAL JUDGMENT** is hereby entered in this matter as follows.

IT IS HEREBY **ORDERED** that pursuant to the Court's Order [#64; Entered April 3, 2013], Defendants' Motion to Dismiss [#30] is **GRANTED** to the extent that all claims against Defendants are **DISMISSED without prejudice**.

IT IS FURTHER **ORDERED** that **JUDGMENT is hereby entered** in favor of all

Defendants.  This action is hereby terminated.

    Dated:  April 11, 2013 at Denver, Colorado.

                                            FOR THE COURT:

                                            JEFFREY P. COLWELL, CLERK

                                            By:s/Edward P . Butler
                                            Edward P. Butler
                                            Deputy Clerk

APPROVED AS TO FORM:

BY THE COURT:

*/s/ Kristen L. Mix/*

Kristen L.  Mix
United States Magistrate Judge